UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| DARRYL HOBBS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case Nos. 4:03-cv-31 / 4:01-cr-36<br>*Judge Edgar* |

**MEMORANDUM AND ORDER**

Petitioner Darryl Hobbs, a federal prisoner, filed a *pro se* motion for post-conviction relief under 28 U.S.C. § 2255. The United States of America opposes the motion. The Court referred the case to Magistrate Judge Susan K. Lee for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

On January 29, 2007, Magistrate Judge Lee submitted a report and recommendation. [Doc. No. 16]. The parties have not timely filed any objections.

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the motions by Hobbs for leave to amend [Doc. Nos. 7, 8, 11] are **GRANTED**. The motion for post-conviction relief brought under 28 U.S.C. § 2255, as amended, shall be **DENIED and DISMISSED WITH PREJUDICE.**

Any appeal from this decision by petitioner Hobbs would be frivolous and not taken in good faith. Any application by petitioner Hobbs for leave to proceed on appeal *in forma pauperis* shall

1

be denied pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a).

If petitioner Hobbs files a notice of appeal, it shall be treated as an application for a certificate of appealability which will be denied pursuant to 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b)(1) because he has not made a substantial showing of the denial of a constitutional right.

A separate judgment will be entered.

SO ORDERED.

ENTER this the 21st day February, 2007.

                                         */s/ R. Allan Edgar*
                                         R. ALLAN EDGAR
                                   UNITED STATES DISTRICT JUDGE